463 A.2d 51

Commonwealth v. Wright, Appellant.

Petition for Allowance of Appeal
Denied Jan. 20, 1984.

 Submitted March 31, 1983. Carmela R.M. Presogna, Assistant Public Defender, for appellant; Shad Connelly, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

BROSKY, J., filed a memorandum concurring opinion.